

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00159-CR

_____

AUGUST BASS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 17F1280-202

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

August Bass has filed an untimely notice of appeal from a conviction of unauthorized use of a vehicle.[1] We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that Bass' sentence was imposed on September 27, 2018, and Bass timely filed a motion for new trial. Under Rule 26.2(a) of the Texas Rules of Appellate Procedure, the deadline for filing a notice of appeal under these circumstances was December 26, 2018. *See* TEX. R. APP. P. 26.2(a)(2). Bass' notice of appeal was not filed until July 2, 2019. The Texas Court of Criminal Appeals has expressly held that, without a timely notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998) (per curiam).

We notified Bass by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. While Bass did file a response to our jurisdictional defect letter, his response failed to address the simple fact that we lack jurisdiction over this appeal.

---

[1] *See* TEX. PENAL CODE ANN. § 31.07.

Because Bass did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.


Ralph K. Burgess
Justice


Date Submitted:     August 14, 2019
Date Decided:       August 15, 2019

Do Not Publish